# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| TIDAESHA V. TAYLOR, ) | |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | Case No. CV615-026 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Four months after the government filed its response to her 28 U.S.C. § 2255 motion, Tidaesha Taylor, unaware of the Court's reply brief policy,[1] moves for leave to file a reply. Doc. 6. Given that policy, her motion is **GRANTED**. Taylor has 21 days from the date this Order is served to place her reply in her prison's mail system.

**SO ORDERED**, this 31st day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] See *Waddy v. Globus Med., Inc.*, 2008 WL 3861994 (S.D. Ga. Aug 18, 2008) (the "parties may file as many reply briefs as they like under Local Rule 7.5.") (citing *Podger v. Gulfstream Aerospace Corp.*, 212 F.R.D. 609, 609 (S.D. Ga. 2003)); *see also* L.R. 7.6 (authorizing reply briefs but imposing notice requirements and time limits).