# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

TIDAESHA TAYLOR,          )
                               )
      Plaintiff,        )
                               )
v.                          )     Case No. CV615-026
                               )           CR613-004
UNITED STATES OF AMERICA,  )
                               )
      Respondent.    )

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the

Magistrate Judge's Report and Recommendation, to which no objections have been filed.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of

the Court.

**SO ORDERED** this _10th_ day of March, 2016.

                       HONORABLE J. RANDAL HALL
                       UNITED STATES DISTRICT JUDGE
                       SOUTHERN DISTRICT OF GEORGIA